# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KARYL DENNISON,

                Plaintiffs,           Case No. 2:12-cv-00966-PMP-PAL

vs.                                               **ORDER**

WAL-MART STORES, INC.,

                Defendant.

       This matter is before the court on the parties' failure to file a Joint Status Report as required in the Orders (Dkt. ##5, 10) entered June 7, 2012, and July 31, 2012, regarding removal of this case to federal district court. On June 25, 2012, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not yet submitted a joint status report regarding removal as required. Accordingly,

       **IT IS ORDERED** that:

       1.    The parties shall file a joint status report **no later than 4:00 p.m., September 26, 2012,** which must:

            a.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

            b.    Include a statement by counsel of action required to be taken by this court.

            .    Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

/ / /

2. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 12th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge