F

1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  A. J. SHARP
   Nevada Bar No. 11457
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8                   UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10  KARYL DENNISON, an Individual;          Case No.:  2:12-cv-00966-PMP-PAL

11              Plaintiff,

12  v.                                       **STIPULATION AND ORDER FOR**
                                             **DISMISSAL WITH PREJUDICE**
13  WAL-MART STORES, INC., a Delaware
    Corporation; DOES I through X, inclusive,
14
                Defendants.
15

16

17      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

party's own costs and attorney's fees.

DATED this 6TH day of FEB, 2013.

DATED this 6th day of February, 2013.

**THE GALLIHER LAW FIRM**

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Keith E. Galliher, Esq.
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 7th day of February, 2013.

_____
**UNITED STATES DISTRICT JUDGE**