BRENDA H. ENTZMINGER
Nevada Bar No. 9800
A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARYL DENNISON, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00966-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this 6TH day of FEB, 2013.        DATED this 6th day of February, 2013.

3 | THE GALLIHER LAW FIRM                   PHILLIPS, SPALLAS & ANGSTADT

5 | Keith E. Galliher, Esq.                  A. J. Sharp, Esq.
6 | 1850 E. Sahara Avenue, Suite 107         504 South Ninth Street
   | Las Vegas, Nevada 89104                 Las Vegas, Nevada 89101
7 | *Attorneys for Plaintiff*                *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 7th day of February, 2013.

_____
**UNITED STATES DISTRICT JUDGE**